JASON G. REVZIN
Nevada Bar No. 8629
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV  89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
***Counsel for Real Time Resolutions, Inc.***

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | |
|---|---|
| MICHAEL FEENEY,<br><br>          Plaintiff,<br><br>v.<br><br>REAL TIME RESOLUTIONS, INC., and DOES 1-10,<br><br>          Defendants. | Case No. 2:15-cv-00539-JAD-GWF |

IT IS HEREBY STIPULATED, by and between Plaintiff MICHAEL FEENEY and Defendant REAL TIME RESOLUTIONS, INC., through their respective counsel, that Defendant REAL TIME RESOLUTIONS, INC. shall have an extension until April 30, 2015 to file its responsive pleading to Plaintiff's Complaint.

Dated this 12th day of April, 2015.                    Dated this 12th day of April, 2015.

 /s/ Jason G. Revzin                                                /s/ Allicia B. Tomolo
JASON G. REVZIN                                               ALICIA B. TOMOLO
Nevada Bar No. 8629                                           Nevada Bar No. 12116
LEWIS BRISBOIS BISGAARD & SMITH LLP     3080 South Durango Drive, Suite 208
6385 S. Rainbow Boulevard, Suite 600              Las Vegas, Nevada  89117
Las Vegas, Nevada 89118                                  Telephone:  (702) 946-8440
Telephone:  702.893.3383                                 *Attorneys for Plaintiff*
*Attorneys for Defendant Real Time Resolutions, Inc.*

**ORDER**

Pursuant to the foregoing stipulation of the parties and good cause appearing,

6552291.2/SP/83057/1822/021715

1

IT IS SO ORDERED.

DATED this __14th__ day of April, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

Submitted By:

LEWIS BRISBOIS BISGAARD & SMITH LLP


   /s/ Jason G. Revzin_____
JASON G. REVZIN
Nevada Bar No. 8629
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone:  702.893.3383
Fax: 702.893.3789
E-Mail: Jason.Revzin@lewisbrisbois.com
*Attorneys for Defendant Real Time Resolutions, Inc.*