Andrew L. Rempfer
Nevada Bar No. 8628
Joseph N. Mott
Nevada Bar No. 12455
LAW OFFICES OF STEVEN J. PARSONS
7201 W Lake Mead Blvd Ste 108
Las Vegas NV 89128-8354
(702) 384-9900
(702) 384-5900 (fax)
andrew@sjplawyer.com
joey@sjplawyer.com

Attorneys for Plaintiff
MICHAEL FEENEY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL FEENEY, an individual, on behalf of himself and all others similarly situated;<br><br>    Plaintiff,<br><br>vs.<br><br>REAL TIME RESOLUTIONS, INC., a foreign corporation d/b/a "RTR; DOES 1 through 5, inclusive; and ROE corporations 1 through 5, inclusive,<br><br>    Defendants.<br>_____/ | Case No. : 2:15-cv-00539-RFB-GWF<br><br>STIPULATION REGARDING PLAINTIFF'S MOTION FOR LEAVE TO AMEND (DKT. #21) |

The parties, by and through their undersigned counsel, hereby file their Stipulation regarding Plaintiff's Motion for Leave to File an Amended Complaint (Dkt. #21). The parties hereby stipulate as follows:

1.    Defendant Real Time Resolution (RTR) hereby stipulates it does not oppose Plaintiff's Motion for Leave to Amend Plaintiff's Complaint (Dkt. #21). As such, Plaintiff may file the First Amended Complaint attached to the Motion (Dkt. #21).

2.    Defendant RTR shall have thirty days from the date Plaintiff's First Amended Complaint is filed to file its responsive pleading.

3.    Defendant RTR's agreement to Plaintiff's amendment of the Complaint does not preclude it from objecting to or opposing Plaintiff's class certification allegations.

*Law Offices of Steven J. Parsons*
*7201 W. Lake Mead Blvd., Ste. 108*
*Las Vegas, Nevada 89128-8354*
*(702)384-9900; fax (702)384-5900*
Andrew@sjplawyer.com

Page 1 of 2

So Stipulated By:

| LAW OFFICES OF STEVEN J. PARSONS | SNELL WILMER |
|---|---|
| By: /s/ Andrew L. Rempfer, Esq. | By: /s/ Cynthia L. Alexander, Esq. |
| ANDREW L. REMPFER, ESQ. | CYNTHIA L. ALEXANDER, ESQ. |
| JOEY S. MOTT, ESQ. | TAYLOR ANELLO, ESQ. |
| Attorneys for Plaintiff | Attorneys for Defendant |

ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 27th day of August, 2015.

Law Offices of Steven J. Parsons
7201 W. Lake Mead Blvd., Ste. 108
Las Vegas, Nevada 89128-8354
(702)384-9900; fax (702)384-5900
Andrew@sjplawyer.com

Page 2 of 2