UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL FEENEY, ) | |
| ) | Case No. 2:15-cv-00539-RFB-GWF |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| REAL TIME RESOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Joint Status Report (#31) filed November 4, 2015. The parties participated in a mediation on October 19, 2015. Although the parties did not finalize a settlement agreement on that date, they request an additional 45 day extension of the stay of proceedings to continue their settlement discussion. Accordingly,

**IT IS HEREBY ORDERED** that all discovery, including all deadlines imposed by the rules of procedure, shall be stayed until **December 18, 2015**.

**IT IS FURTHER ORDERED** that the parties shall file a status report regarding further settlement discussion on or before **December 18, 2015.**

DATED this 9th day of November, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge